*Kaplan, J*

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
SUEK A.G.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SUEK A.G.,

          Plaintiff,

    - against -

ATLAS BULK SHIPPING A/S,

          Defendant.
-------------------------------------------------------------X

08 Civ. 5508 (LAK)

**VOLUNTARY DISMISSAL**

    WHEREAS Plaintiff, SUEK A.G. filed its complaint on or about June 18, 2008 seeking process of maritime attachment and garnishment to obtain security for claims in arbitration in London; and

    WHEREAS funds have been seized pursuant to said process at Bank of America, in the approximate amount of $939,103.25 and $356,815.91 at the American Express Bank for a total of $1,295,919.16 insofar as has been reported to date; and

    WHEREAS Plaintiff has agreed to accept alternative security in London arbitration in substitution for any attached funds in this case and to dismiss this action without prejudice and without costs; and

Plaintiff, SUEK A.G., hereby voluntarily dismisses this action without prejudice and without costs and prays for the release of all attached funds.

Dated: New York, New York.
       June 25, 2008

>                              NOURSE & BOWLES, LLP
>                              Attorneys for Plaintiff
>                              SUEK A.G.
>
>                              By: _____
>                              Armand M. Paré, Jr. (AP 8575)
>                              One Exchange Plaza
>                              At 55 Broadway
>                              New York, NY 10006-3030
>                              (212) 952-6200

So Ordered: _____
            Hon. Sidney H. Stein, Part I
Dated: New York, NY
       6/26/08