*KAPLAN, J*

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
SUEK A.G.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

```
┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____         │
│ DATE FILED: 6/26/08          │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SUEK A.G.,                                          :
                                                    :
                        Plaintiff,                  :
                                                    :         08 Civ. 5508 (LAK)
                - against -                          :
                                                    :         **ORDER FOR RELEASE**
ATLAS BULK SHIPPING A/S,                             :         **OF ATTACHED FUNDS**
                                                    :
                        Defendant.                  :
                                                    :
-------------------------------------------------------------X

      WHEREAS Plaintiff, SUEK A.G. filed its complaint on or about June 18, 2008

seeking process of maritime attachment and garnishment to obtain security for claims in

arbitration in London; and

      WHEREAS funds have been seized pursuant to said process at Bank of America,

in the approximate amount of $939,103.25 and $356,815.91 at the American Express

Bank for a total of $1,295,919.16 insofar as has been reported to date; and

      WHEREAS Defendant, Atlas Bulk Shipping A/s has not appeared, moved or

answered, and

      WHEREAS Defendant has not appeared, moved or answered in this action and

Plaintiff has or is filing a voluntary dismissal without prejudice and without costs,

IT IS NOW ORDERED THAT, in addition to the complaint being dismissed

without prejudice and without costs, that any and all attachments in this case be released.

Dated: New York, New York
June 26, 2008

SO ORDERED:

_____
U.S.D.J.
Hon. Sydney H. Stein, Part I
Dated: New York, NY
6/26/08